## In re M.M.

### [Cite as *In re M.M.*, 122 Ohio St.3d 541, 2009-Ohio-4048.]

(Nos. 2009–0090 and 2009–0318—Submitted July 14, 2009—Decided August 18, 2009.)

---

{¶ 1} The certified question is answered in the negative and the judgment of the court of appeals is affirmed on the authority of *In re Schaefer,* 111 Ohio St.3d 498, 2006-Ohio-5513, 857 N.E.2d 532.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

---

Richard A.F. Lipowicz, for appellant Jessica Lairson.

Flanagan, Lieberman, Hoffman & Swaim and Richard Hempfling, for appellant Kathy Richards.

Mathias H. Heck Jr., Montgomery County Prosecuting Attorney, and Johnna M. Shia, Assistant Prosecuting Attorney, for appellee, Montgomery County Children Services.